UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



FILED
JUL 0 9 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:19-CR-96 |
| | ) JUDGE Greer |
| WILLIAM ROGER WOODIE | ) |
|   a.k.a. "VOODOO" | ) TO BE SEALED |
| HAILEY LEANN HALE | ) |
|   a.k.a. "BABY MAMA" | ) |
| AMY LAURA LEONARD | ) |
| MELISSA RENEE DAUGHERTY | ) |
|   a.k.a. "MISSY" | ) |
| ANTHONY NATHAN SMITH | ) |
|   a.k.a. "ANTIONE" | ) |
| TIFFANY ROCHELLE CROSS | ) |
|   a.k.a. "TIFF" | ) |
| JOHN HAROLD HYATT, JR. | ) |
|   a.k.a. "LITTLE JOHN" | ) |
| LINSEY JO HYATT | ) |
| RONALD JEREMY BLACK | ) |
| JOSEPH WESLEY HARRISON | ) |
| JAMES EDWARD MALONE | ) |
|   a.k.a. "JIMMY" | ) |
| TRAVIS CHARLES GLOVER | ) |
| CASSIDY JADE HORTON | ) |
|   a.k.a. "CASSIE" | ) |
| DEVIN CLOYD ASHBY | ) |
|   a.k.a. "REDNECK" | ) |
| EARL HAROLD MCCOY, JR. | ) |
| JOSHUA MARTIN HALL | ) |
|   a.k.a. "JOSH" | ) |
| WILLIAM MATTHEW HOWARD | ) |
|   a.k.a. "NOODLE" | ) |
| CRAIG MATTHEW COLLINS | ) |
|    MATTHEW BRIAN PHILLIPS | ) |
|   a.k.a. "MILF" | ) |
| CHASIDY DANIELLE BRUNETTE | ) |
| SHAWN ERIC KENDRICK | ) |
|   a.k.a. "PEEDAB" | ) |
| JOSHUA CAINE MITCHELL | ) |
|   a.k.a. "BIG DAWG" | ) |
| KEVIN LEON DAVIS | ) |
| JONATHAN MATTHEW RATLIFF | ) |

| | |
|---|---|
| a.k.a. "MATT" | ) |
| CARL FRANKLIN BLANKENSHIP | ) |
| RONALD DEAN CANTRELL, JR. | ) |
| a.k.a. "RONNIE" | ) |
| JESSICA BROOKE LEONARD | ) |
| BRANDON ISAIAH OTEY | ) |
| TERESA ANN SMITH | ) |
| a.k.a. "TAZ" | ) |
| LAUREN KATE SMITH | ) |
| JOSHUA CARREON | ) |

## ORDER

Upon motion of the plaintiff, the United States of America, and for good cause shown,

IT IS HEREBY ORDERED that all documents in this case, including the Motion to Seal, are sealed until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. This sealing order does not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

_____
CLIFTON L. CORKER
U.S. MAGISTRATE JUDGE

Presented for Entry:

J. DOUGLAS OVERBEY
United States Attorney

By: *s/Thomas A. McCauley*
THOMAS A. MCCAULEY
Assistant United States Attorney