IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs  Cassidy Jade Horton                                       DATE  02/01/21

Case No.  CR-2-19-96(13)          Time  1:29 p.m.          To  2:00 p.m.

===========================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Tom McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| Cassidy Jade Horton | Nicole Himebaugh |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s)  **1 *(lesser included offense)***  - Accepted

Plea Agreement filed on **11/27/20 [Doc. 601]**

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement

**SENTENCING DATE:**  June 14, 2021 @ 3:00 p.m.     Before Honorable J. Ronnie Greer