# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v CASSIDY JADE HORTON                     Date: 06/14/21

Case No. CR-2-19-96(13)        Time 5:11 p.m.    To 5:48 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Nikki Himebaugh | Tom McCauley |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Defendant exhibit 1 marked & admitted

Deft given opportunity to speak - accepts

Court Pronounces Judgment

It is the judgment of the Court on Count One that the defendant, Cassidy Jade Horton, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **46 months**. This sentence shall run concurrently any sentence that may be imposed in Unicoi County, Tennessee, General Sessions Court Docket Number 76556.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **four (4) years**.

$100.00 Assessment - Fine is waived

**CONDITIONS OF SUPERVISED RELEASE:**

[X] 13 standard conditions        [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs              [X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] participate in a mental health program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] You shall not take any prescribed narcotic drug, or other controlled substance, without notifying the physician that you have a substance abuse problem and without obtaining permission from the probation officer.

**RECOMMENDATIONS:**

[X] that defendant be given credit for all time served
[X] receive whatever available substance abuse treatment from the Bureau of Prisons / receive a physical health evaluation and a mental health evaluation and needed treatment while in the custody of the Bureau of Prisons / be afforded a full range of educational and vocational programs offered by the Bureau of Prisons to the extent possible classes in culinary arts / designation to the BOP federal facility in Alderson, WV
[X] Placed in custody of U.S. Marshal